**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA AKINS,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>             Defendant. | NO. EDCV 08-1573 (SS)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED AND REMANDED.

DATED: September 14, 2009.

                                                    /s/
                                      _____
                                      SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE